IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Melendez, Ruben

Printed: 9/3/08

Case Number: 04 B 29810
Judge: Squires, John H
Filed: 8/11/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 23, 2008
Confirmed: October 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,600.00 |  |
| Secured: |  | 2,703.81 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,543.82 |
| Trustee Fee: |  | 352.37 |
| Other Funds: |  | 0.00 |
| Totals: | 6,600.00 | 6,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 4,630.20 | 3,543.82 |
| 2. | Triad Financial Services | Secured | 3,497.47 | 2,703.81 |
| 3. | Capital One | Unsecured | 46.87 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 134.00 | 0.00 |
| 5. | Triad Financial Services | Unsecured | 8.11 | 0.00 |
| 6. | Village of Maywood | Unsecured | | No Claim Filed |
| 7. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 8. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 9. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 10. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 11. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 12. | Medical Building Bureau | Unsecured | | No Claim Filed |
| | | | $ 8,316.65 | $ 6,247.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 79.62 |
| 4% | 21.00 |
| 3% | 10.50 |
| 5.5% | 86.62 |
| 5% | 26.25 |
| 4.8% | 25.20 |
| 5.4% | 103.18 |
|  | $ 352.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Melendez, Ruben | Case Number:  04 B 29810 |
| | Judge:  Squires, John H |
| Printed:  9/3/08 | Filed:  8/11/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

